

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DANIEL ARMENDARIZ, OLIVIA ROMAN, CONRADO SOLTERO, MIRIAM MALDANADO AND LESLIE COTTER, | § | No. 08-13-00206-CV |
| | § | Appeal from the |
| Appellants | § | 41st District Court |
| V. | § | of El Paso County, Texas |
| CHERYLL FELDER, | § | (TC# 2012-DCV-05828) |
| Appellee. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.